Case: 1:25-cv-08086 Document #: 1 Filed: 07/15/25 Page 1 of 5 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MR  QR

**RECEIVED**
7/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ashley Black )   United States District Court
Plaintiff )   Northern District of Illinois
)
v. )
)   1:25-cv-08086
BPM LLP )   Judge Georgia N Alexakis
Defendant )   Magistrate Judge Jeffrey T. Gilbert
)   RANDOM/ CAT.2

# COMPLAINT

BPM LLP has caused significant harm and constitutional violations to my family and myself. We respectfully request that the Court consider these claims promptly due to the serious nature of allegations and ongoing harm caused.

Ashley Black Pro Se
5950 Oakwood Dr
2h
lisle, il 60532
Ablack0927@gmail.com
630-366-3911

July 7,2025

## Fraud on the Court via Falsified Court Documents

**Ashley Black,**
Plaintiff,

v.

BPM LLP

Defendant.

Case No.:

Judge:

## Claim Title: Fraud on the Court via Falsified Court Documents

**Statutory Basis**:

- 18 U.S.C. § 1962(c) – Racketeer Influenced and Corrupt Organizations (RICO)
- 18 U.S.C. § 1341 – Mail Fraud
- 18 U.S.C. § 1343 – Wire Fraud
- 18 U.S.C. § 1001 – False Statements and Certifications
- Fed. R. Civ. P. 60(d)(3) – Fraud on the Court

## Statement of Claim:

Plaintiff brings this action against BPM LLP for its direct role in committing **fraud on the court** through the **deliberate submission of falsified legal filings**, coordination with unserved parties, and **unauthorized use of private information to** manipulate judicial outcomes in multiple federal actions.

These acts were carried out with intent to **derail litigation**, obstruct justice, and retaliate against Plaintiff for filing protected constitutional and civil rights claims.

### Key Allegations:

- BPM LLP submitted or facilitated **premature motions to dismiss** on behalf of unserved defendants—motions that would not have been possible without **illegal access to Plaintiff's address and sealed case data**.
- The firm used its influence within federal court networks to **insert fraudulent submissions** into the record, including statements made under penalty of perjury that were later contradicted by evidence in PACER metadata.
- The firm either authored or conspired with others to submit **coordinated false filings**, misusing electronic filing systems (CM/ECF and PACER) to alter the judicial timeline, triggering unlawful dismissals and obstructing emergency motions.
- The filings created a false appearance of due process and judicial impartiality when in fact the process had been corrupted from within.

### Racketeering Pattern:

These acts constitute a **pattern of racketeering activity**, including:

- **Wire fraud** (submitting falsified filings via CM/ECF),
- **Mail fraud** (serving fraudulent filings through U.S. Mail),
- **False statements** to a federal court (under 18 U.S.C. § 1001),
- **Obstruction of justice** (Rule 60(d)(3), 18 U.S.C. § 1503).

### Enterprise Involvement:

BPM LLP acted as part of a broader **racketeering enterprise** that includes private attorneys, federal judicial officers, and third-party court actors. The intent was to **fraudulently suppress the Plaintiff's case** and limit exposure to civil or criminal liability stemming from the original complaint and associated filings.

**Relief Requested:**

**Monetary Relief:**

- **Compensatory Damages**: $2 billion
- **Treble Damages under RICO**: $6 billion
- **Punitive Damages**: $2 billion
- **Total Relief Requested**: **$10 billion USD**

**Equitable Relief:**

- Vacatur of all rulings that relied on BPM LLP's falsified filings;
- An order compelling investigation of BPM LLP's electronic submission practices and unauthorized access to PACER/CMECF records;
- A finding of **fraud on the court** and referral to DOJ's Public Integrity Section.

**Conclusion:**

Plaintiff demands full relief under the Racketeer Influenced and Corrupt Organizations Act (RICO) for BPM LLP's material participation in a coordinated scheme to defraud the federal judiciary, obstruct Plaintiff's constitutional rights, and enable retaliatory abuse through falsified court actions.

Respectfully submitted,
Ashley Black

Ashley Black
5950 Oakwood dr 2H
Lisle IL. 60532




RECEIVED
JUL 15 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(New Case)
Clerk of court
United States District
Northern Division of Illinois
219 South Dearborn Street
Chicago IL. 60604